IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**WALTHER GUERRERO LOPEZ**                                                              **PLAINTIFF**

            v.            Civil No. 10-5023

**NURSE RHONDA; JAILER PINEDO;
JAILER R. KAYWOOD; JAILER
SHARP; SGT. J. FULLER; JAILER
MATTEO; JAILER HUTCHERS; and
SGT. MUGGY**                                                                              **DEFENDANTS**

### O R D E R

Now on this 14th day of June, 2010, comes on for consideration the **Report And Recommendation Of The Magistrate Judge** (document #15), to which no objections have been made, and the Court, having carefully reviewed said Report And Recommendation, finds that it is sound in all respects, and that it should be adopted *in toto*.

**IT IS THEREFORE ORDERED** that the **Report And Recommendation Of The Magistrate Judge** is **adopted** *in toto*.

**IT IS FURTHER ORDERED** that, for the reasons stated in the **Report And Recommendation Of The Magistrate Judge**, plaintiff's claims are hereby **dismissed**.

**IT IS SO ORDERED.**

                                                  /s/ Jimm Larry Hendren
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE